Bron D'Angelo, Esq. (SBN 246819)
Sean N. Costa, Esq. (SBN 347439)
**BURGER, MEYER & D'ANGELO, LLP**
999 Corporate Drive, Suite 225
Ladera Ranch, CA 92694
Telephone:   (949) 427-1888
Facsimile:   (949) 427-1889
Email:         bdangelo@burgermeyer.com
                  scosta@burgermeyer.com

Attorneys for Defendant
SAM'S WEST, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN COOMBS;<br><br>           Plaintiff,<br><br>    vs.<br><br>SAM'S WEST, INC., and DOES 1 to 10, INCLUSIVE,<br><br>           Defendants. | Case No:<br>Judge<br>Crtrm:<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) AND (b)**<br><br>Action Filed:     July 12, 2024 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant SAM'S WEST, INC. ("Defendant"), by and through its counsel, hereby removes the above-entitled action filed by Plaintiff KAREN COOMBS (hereinafter referred to as "Plaintiff") civil complaint, filed in the Superior Court of the State of California, County of San Bernardino, entitled *Karen Coombs v. Sam's West Inc., et al.*, Case Number CIVSB2422608, to the United States District Court, Central District of California pursuant to 28 U.S.C. §1441, and respectfully alleges as follows:

///

1. On July 23, 2024, an action was commenced in the Superior Court of the State of California, County of San Bernardino, entitled *Karen Coombs v. Sam's West, Inc., et al.,* Case Number CIVSB2422608 ("the State Action"). A copy of the Complaint filed in the State Action is attached hereto as **Exhibit "1".**

2. Defendant was served with a copy of the Complaint filed in the State Action and a Summons from the State Court on August 1, 2024. A copy of the Summons is attached hereto as **Exhibit "2".**

3. On September 3, 2024, Sam's West, Inc. timely filed its Answer to Plaintiff's Complaint, attached hereto as **Exhibit "3"**.

4. On November 4, 2024, Plaintiff served response to Form Interrogatories, set One. Plaintiff's Form Interrogatory No. 6.4 stated Plaintiff's past medical damages as $399,703.59, attached hereto as **Exhibit "4"**.

5. Based on a review of the State Court file as of November 20, 2024, no other Defendant has been served with any Summons or Complaint in the State Action.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332 (A)

6. This Court has jurisdiction over this matter under 28 U.S.C. section 1332(a)(1), because there is complete diversity as the parties are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Removal is therefore proper pursuant to 28 U.S.C. sections 1441 (a) and (b).

### a. Plaintiff is a Citizen of California

8. Plaintiff is domiciled in and is presently a citizen of the State of California and was such at the time of incident. Pursuant to the Complaint, Plaintiff contends that she is domiciled in the State of California, and a present citizen of California.

### b. Plaintiff Claims Damages in Excess of $75,000

9. Plaintiff claims damages in excess of $75,000. **Exhibit "4"** indicates past medical specials of $399,703.59. Accordingly, the amount in controversy, exclusive of costs and interests, exceeds the minimum requirement required for

diversity jurisdiction under 28 U.S.C. section 1332(a).

    c.  **Sam's West, Inc. is a Citizen of Delaware**

  10. Defendant is a citizen of Delaware where it is incorporated, and of Arkansas, where it holds its principal place of business (in Bentonville, Arkansas). Copies of Sam's West, Inc.'s corporate information from the California Secretary of State Business Search and the Arkansas Secretary of Business/Commercial Services are attached hereto as **Exhibits "5" and "6,"** respectively.

  11. Because the State Action is pending in the Superior Court of California in and for the County of San Bernardino, removal of this action to this District Court is proper under 28 U.S.C. section 1441(a).

  12. Removal is timely under 28 U.S.C. section 1446(b)(3) because the case stated by the initial pleading was not removable based on Plaintiff not disclosing any damages, but this Notice of Removal is filed within 30 days of Sam's West being served with Plaintiff's Responses to Form Interrogatories that indicate Plaintiff is a citizen of the State of California and that the total amount in controversy exceeds the jurisdictional requirement of $75,000, exclusive of costs and interests.

  13. Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff. A true and correct copy of this Notice of Removal and the concurrently filed Notice of Interested Parties and Civil Cover Sheet will be filed with the Clerk of the Superior Court of the State of California in and for the County of San Bernardino as soon as practicable.

///
///
///
///
///
///
///

1  **WHEREFORE**, Sam's West requests that the above-entitled action be
2  removed from the Superior Court of the State of California, County of San Bernardino
3  to the United States District Court.

5  Dated: November 21, 2024                **BURGER, MEYER & D'ANGELO, LLP**

               /s/Sean N. Costa
               Bron E. D'Angelo, Esq.
               Sean N. Costa, Esq.
               Attorneys for Defendant
               SAM'S WEST, INC.

# **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 999 Corporate Drive, Suite 225, Ladera Ranch, California.

On November 21, 2024, I served the within document(s) described as **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) AND (b)** on the interested parties in this action as stated on the attached mailing list.

| | |
|---|---|
| Jake Douglass, Esq.<br>Barry Croxen, Esq.<br>JACOBY & MEYERS ATTORNEYS LLP<br>247 West Third Street<br>San Bernardino, CA 92415 | Attorneys for Plaintiff<br>KAREN COOMBS<br><br>T: (310) 312-3300<br>F: (310) 715-8331<br>E: jdouglass@jacobyandmeyers.com |

[X]   **BY E-MAIL:** I caused a copy of the document(s) to be sent from e-mail address nsebreros@burgermeyer.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted, and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 21, 2024, at Ladera Ranch, California.

Nicole Sebreros