# EXHIBIT "1"

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| JACOBY & MEYERS ATTORNEYS LLP<br>JAKE DOUGLASS, State Bar No. 290074<br>BARRY CROXEN, State Bar No. 346808<br>10900 Wilshire Boulevard, 15th Floor Los Angeles, California 90024<br><br>TELEPHONE NO: (310) 312-3300   FAX NO. *(Optional)*: (310) 715-8331<br>E-MAIL ADDRESS *(Optional)*: jdouglass@jacobyandmeyers.com<br>ATTORNEY FOR *(Name)*: Plaintiff Karen Coombs | ELECTRONICALLY FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br>7/12/2024 2:52 PM<br>By: Deborah Nugent, DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS: 247 West Third Street
CITY AND ZIP CODE: San Bernardino 92415
BRANCH NAME: San Bernardino Justice Center

PLAINTIFF: Karen Coombs
DEFENDANT: Sam's West, Inc.; and,

[X] DOES 1 TO 10   Inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number)*:

Type *(check all that apply)*:
[ ] MOTOR VEHICLE   [ ] OTHER *(specify)*:
  [ ] Property Damage   [ ] Wrongful Death
  [X] Personal Injury   [ ] Other Damages *(specify)*:

CASE NUMBER: CIVSB2422608

**Jurisdiction** *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded [ ] does not exceed $10,000
  [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

1. **Plaintiff** *(name or names)*: Karen Coombs
   alleges causes of action against **defendant** *(name or names)*:
   Sam's West, Inc.; and, DOES 1 to 10, Inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5 (five)
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE: Karen Coombs v. Sam's West Inc., et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name)*: Sam's West, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   c. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   b. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   d. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: 1-5 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 6-10 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 2 of 3

PLD-PI-001

| SHORT TITLE: Karen Coombs v. Sam's West Inc., et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☒ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☒ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
   5, 8

Date: 7/12/2024

Barry Croxen, Esq.
(TYPE OR PRINT NAME)

▶ *[signature]* Barry Croxen
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Page 3 of 3

PLD-PI-001(4)

| SHORT TITLE: Karen Coombs v. Sam's West Inc., et al. | CASE NUMBER: |
|---|---|

**FIRST** _(number)_ **CAUSE OF ACTION—Premises Liability**   Page __4__

ATTACHMENT TO ☐ Complaint   ☐ Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

Prem.L-1. Plaintiff _(name):_ Karen Coombs

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On _(date):_ July 24, 2022   plaintiff was injured on the following premises in the following fashion _(description of premises and circumstances of injury):_
Plaintiff Karen Coombs was lawfully located at the subject premises where she was a customer at the Sam's Club located at 1055 Harriman Pl, San Bernardino, CA 92408. While searching for dog food to complete her grocery shopping, Plaintiff Karen Coombs slipped and fell on a wet substance on the floor. Defendant Sam's West, Inc. owned, leased, occupied, managed and/or controlled the premises, including the subject floor, and were negligent in the use and/or maintenance of the paths of travel within the store, the store flooring, and the property as a whole, causing Plaintiff to slip and fall and sustain personal injuries and damages.

Prem.L-2. ☒ **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were _(names):_
Sam's West, Inc.; and,

☒ Does 1 to 10

Prem.L-3. ☐ **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were _(names):_

☐ Does ___ to ___

Plaintiff, a recreational user, was ☐ an invited guest   ☐ a paying guest.

Prem.L-4. ☐ **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were _(names):_

☐ Does ___ to ___
a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5.a. ☐ **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were _(names):_

☐ Does ___ to ___

b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are ☐ described in attachment Prem.L-5.b ☐ as follows _(names):_

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California PLD-PI-001(4) [Rev. January 1, 2007]    **CAUSE OF ACTION—Premises Liability**    Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001(2)

| SHORT TITLE:<br>Karen Coombs v. Sam's West Inc., et al. | CASE NUMBER: |
|---|---|

| SECOND<br>_____ (number) | CAUSE OF ACTION—General Negligence | Page 5 |

ATTACHMENT TO [•] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Karen Coombs

alleges that defendant *(name)*: Sam's West, Inc.; and,

[X] Does  1  to  10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: July 24, 2022

at *(place)*: 1055 Harriman Pl, San Bernardino, CA 92408

*(description of reasons for liability):*
Plaintiff Karen Coombs was lawfully located at the subject premises where she was a customer at the Sam's Club located at 1055 Harriman Pl, San Bernardino, CA 92408. While searching for dog food to complete her grocery shopping, Plaintiff Karen Coombs slipped and fell on a wet substance on the floor. Defendant Sam's West, Inc. owned, leased, occupied, managed and/or controlled the premises, including the subject floor, and were negligent in the use and/or maintenance of the paths of travel within the store, the store flooring, and the property as a whole, causing Plaintiff to slip and fall and sustain personal injuries and damages.

Defendant Sam's West negligently failed to keep the pathways of the subject premises clear of hazards and negligently trained, hired, managed or supervised its employees leading to the persistence of a wet substance on the floor of the premises which posed a danger to the public, and caused Plaintiff to fall and sustain severe personal injuries.

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
CAUSE OF ACTION—General Negligence
Code of Civil Procedure 425.12
www.courts.ca.gov