# EXHIBIT "4"

**JACOBY & MEYERS ATTORNEYS LLP**
JAKE DOUGLASS, State Bar No. 290074
    *jdouglass@jacobyandmeyers.com*
BARRY CROXEN, State Bar No. 346808
    *bcroxen@jacobyandmeyers.com*
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300
Facsimile: (310) 715-8331

Attorneys for Plaintiff(s), KAREN COOMBS

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNADINO

| | |
|---|---|
| KAREN COOMBS<br><br>        Plaintiff<br><br>vs.<br><br>SAM'S WEST, INC; and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No.: CIVSB2422608<br><br>**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**<br><br>Assigned to: Hon.  Joseph T Ortiz<br>Dept.: S17 – SBJC<br>Filed: 7/12/2024<br>Trial: NOT SET |

**PROPOUNDING PARTY:**    SAM'S WEST INC.

**RESPONDING PARTY:**    KAREN COOMBS

**SET NUMBER:**        ONE (1)

    In response to Respondent's FORM INTERROGATORIES, SET ONE, Plaintiff

KAREN COOMBS states as follows:

    This responding party has conducted a reasonable investigation into the matters of

-1-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1  inquiry contained in this request; however, discovery and investigation is continuing in this

2  matter and this responding party has not completed discovery or preparation for trial, and

3  specifically thereby reserves the right to continue such discovery and investigation, without

4  obligation to supplement or amend these responses. This responding party specifically reserves

5  the right to introduce at the time of trial, any documents or other evidence acquired after the

6  date of this response without further notice to the propounding party.

7      Each response made herein is specifically subject to all objections as to competence,

8  relevance, materiality, propriety and admissibility, and any and all other objections that would

9  require the exclusion of any evidence specified or described therein. All of these objections are

10  specifically hereby reserved and may be interposed at time of trial.

11     To the extent that any item calls for information which constitutes material prepared in

12  anticipation of litigation or for trial or information or material covered by the Work Product

13  Doctrine or Attorney/Client privilege, this responding party specifically hereby objects to such

14  item and will not supply such information protected by virtue thereof.

15  <u>**RESPONSES TO FORM INTERROGATORIES**</u>

16  <u>**FORM INTERROGATORY NO. 1.1:**</u>

17  State the name, ADDRESS, telephone number, and relationship to you of each PERSON who

18  prepared or assisted in the preparation of the responses to these interrogatories. (Do not identify

19  anyone who simply typed or reproduced the responses.)

20  <u>**RESPONSE TO FORM INTERROGATORY NO. 1.1:**</u>

21     Jacoby & Meyers Attorneys LLP, 10900 Wilshire Boulevard, 15th Floor, Los

22  Angeles, California 90024, (310) 312-3300; Attorneys.

23  <u>**FORM INTERROGATORY NO. 2.1:**</u>

24  State:

25  (a) your name

26  (b) every name you have used in the past;

27  (c) the dates you used each name.

28

-2-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-....

1 **RESPONSE TO FORM INTERROGATORY NO. 2.1:**

2    (a-c) Karen Lee Coombs, since birth.

3 **FORM INTERROGATORY NO. 2.2:**

4 State the date and place of your birth.

5 **RESPONSE TO FORM INTERROGATORY NO. 2.2:**

6    06/25/1958, Santa Monica, CA

7 **FORM INTERROGATORY NO. 2.3:**

8 At the time of the INCIDENT, did you have a driver's license? If so state:

9 (a) the state or other issuing entity;

10 (b) the license number and type;

11 (c) the date of issuance;

12 (d) all restrictions.

13 **RESPONSE TO FORM INTERROGATORY NO. 2.3:**

14    Yes.

15    (a) California;

16    (b) N7230576;

17    (c) 03/21/2020;

18    (d) Corrective Lense.

19 **FORM INTERROGATORY NO. 2.4:**

20 At the time of the INCIDENT, did you have any other permit or license for the operation of a

21 motor vehicle? If so, state:

22 (a) the state or other issuing entity;

23 (b) the license number and type;

24 (c) the date of issuance; and

25 (d) all restrictions.

26 **RESPONSE TO FORM INTERROGATORY NO. 2.4:**

27    No.

28 ///

-3-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

**FORM INTERROGATORY NO. 2.5:**

State:

(a) your present residence ADDRESS;

(b) your residence ADDRESSES for the past five years; and

(c) the dates you lived at each ADDRESS.

**RESPONSE TO FORM INTERROGATORY NO. 2.5:**

     (a-c) 551 West Union Street, San Bernardino, CA 92410, for the past five years

**FORM INTERROGATORY NO. 2.6:**

State:

(a) the name, ADDRESS, and telephone number of your present employer or place of self-employment; and

(b) the name, ADDRESS, dates of employment, job title, and nature of work for each employer or self-employment you have had from five years before the INCIDENT until today.

**RESPONSE TO FORM INTERROGATORY NO. 2.6:**

     (a-b) Responding Party has been retired since approximately 2022.

**FORM INTERROGATORY NO. 2.7:**

State:

(a) the name and ADDRESS of each school or other academic or vocational institution you have attended, beginning with high school;

(b) the dates you attended;

(c) the highest grade level you have completed; and

(d) the degrees received.

**RESPONSE TO FORM INTERROGATORY NO. 2.7:**

     (a) Gahr High School-11111 Artesia Blvd, Cerritos, CA 90703;

     (b) Approx. 1972-1976;

     (c) 9th -12th;

     (d) High School Diploma.

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

-4-

1   (a) Cerritos College- 11110 Alondra Blvd, Norwalk, CA 90650;

2   (b) Approx. 1977;

3   (c-d) Not Applicable.

4   **FORM INTERROGATORY NO. 2.8:**

5   Have you ever been convicted of a felony? If so, for each conviction state:

6   (a) the city and state where you were convicted;

7   (b) the date of conviction;

8   (c) the offense; and

9   (d) the court and case number.

10   **RESPONSE TO FORM INTERROGATORY NO. 2.8:**

11       No.

12   **FORM INTERROGATORY NO. 2.9:**

13   Can you speak English with ease? If not, what language and dialect do you normally use?

14   **RESPONSE TO FORM INTERROGATORY NO. 2.9:**

15       Yes.

16   **FORM INTERROGATORY NO. 2.10:**

17   Can you read and write English with ease? If not, what language and dialect do you normally

18   use?

19   **RESPONSE TO FORM INTERROGATORY NO. 2.10:**

20       Yes.

21   **FORM INTERROGATORY NO. 2.11:**

22   At the time of the INCIDENT were you acting as an agent or employee for any PERSON? If so,

23   state:

24   (a) the name, ADDRESS, and telephone number of that PERSON: and

25   (b) a description of your duties.

26   **RESPONSE TO FORM INTERROGATORY NO. 2.11:**

27       No.

28

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

-5-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

**FORM INTERROGATORY NO. 2.12:**

At the time of the INCIDENT did you or any other person have any physical, emotional, or mental disability or condition that may have contributed to the occurrence of the INCIDENT? If so, for each person state:

(a) the name, ADDRESS, and telephone number;

(b) the nature of the disability or condition; and

(c) the manner in which the disability or condition contributed to the occurrence of the INCIDENT.

**RESPONSE TO FORM INTERROGATORY NO. 2.12:**

Objection. This interrogatory is premature as Responding Party has not yet had the opportunity to complete necessary depositions and has not received responses to written discovery from Defendant. Discovery and investigation are ongoing and Responding Party expressly reserves the right to supplement this response.

Subject to and without waiving the foregoing objections, responding party answers as follows:

No as to Responding Party; unknown as to other parties.

As discovery, investigation and research are incomplete, responding party reserves the right to supplement and/or amend this response, and to disclose further information and/or documents supportive of responding party's contentions herein, and in so doing, intend to rely on any and all additional information obtained, up to and including the time of trial, which would substantiate, or have a tendency to substantiate, any such additional information or documentation.

**FORM INTERROGATORY NO. 2.13:**

Within 24 hours before the INCIDENT did you or any person involved in the INCIDENT use or take any of the following substances: alcoholic beverage, marijuana, or other drug or medication of any kind (prescription or not)? If so, for each person state:

(a) the name, ADDRESS, and telephone number;

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1  (b) the nature or description of each substance;

2  (c) the quantity of each substance used or taken;

3  (d) the date and time of day when each substance was used or taken;

4  (e) the ADDRESS where each substance was used or taken;

5  (f) the name, ADDRESS, and telephone number of each person who was present when each

6  substance was used or taken; and

7  (g) the name, ADDRESS, and telephone number of any HEALTH CARE PROVIDER who

8  prescribed or furnished the substance and the condition for which it was prescribed or furnished.

9  **RESPONSE TO FORM INTERROGATORY NO. 2.13:**

10     Objection. This interrogatory is premature as Responding Party has not yet had the

11  opportunity to complete necessary depositions and has not received responses to written

12  discovery from Defendant. Discovery and investigation are ongoing and Responding Party

13  expressly reserves the right to supplement this response.

14     Subject to and without waiving the foregoing objections, responding party answers as

15  follows:

16     No as to Responding Party; unknown as to other parties.

17     As discovery, investigation and research are incomplete, responding party reserves the

18  right to supplement and/or amend this response, and to disclose further information and/or

19  documents supportive of responding party's contentions herein, and in so doing, intend to rely on

20  any and all additional information obtained, up to and including the time of trial, which would

21  substantiate, or have a tendency to substantiate, any such additional information or

22  documentation.

23  **FORM INTERROGATORY NO. 4.1:**

24  At the time of the INCIDENT, was there in effect any policy of insurance through which you

25  were or might be insured in any manner (for example, primary, pro-rata, or excess liability

26  coverage or medical expense coverage) for the damages, claims, or actions that have arisen out

27  of the INCIDENT? If so, for each policy state:

28

-7-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM
INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1    (a) the kind of coverage;

2    (b) the name and ADDRESS of the insurance company;

3    (c) the name, ADDRESS, and telephone number of each named insured;

4    (d) the policy number;

5    (e) the limits of coverage for each type of coverage contained in the policy;

6    (f) whether any reservation of rights or controversy or coverage dispute exists between you and

7    the insurance company; and

8    (g) the name, ADDRESS, and telephone number of the custodian of the policy.

9    **RESPONSE TO FORM INTERROGATORY NO. 4.1:**

10         No.

11   **FORM INTERROGATORY NO. 4.2:**

12   Are you self-insured under any statute for the damages, claims, or actions that have arisen out of

13   the INCIDENT? If so, specify the statute.

14   **RESPONSE TO FORM INTERROGATORY NO. 4.2:**

15         No.

16   **FORM INTERROGATORY NO. 6.1:**

17   Do you attribute any physical, mental, or emotional injuries to the INCIDENT? (If your answer

18   is "no", do not answer interrogatories 6.2 through 6.7).

19   **RESPONSE TO FORM INTERROGATORY NO. 6.1:**

20         Yes.

21   **FORM INTERROGATORY NO. 6.2:**

22   Identify each injury you attribute to the INCIDENT and the area of your body affected.

23   **RESPONSE TO FORM INTERROGATORY NO. 6.2:**

24         Objection. The interrogatory would necessitate the preparation of a compilation,

25   abstract, audit or summary from documents in responding party's possession; because such

26   preparation would be similarly burdensome and/or expensive to both the propounding and

27   responding parties, Responding Party herewith offers to permit review of the requested

28

-8-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1   documents from which propounding party can audit, inspect, copy or summarize. Responding

2   party will make said documents available for review upon reasonable request. (Code of Civ.

3   Proc. 2030.230; and Brotsky v. State Bar of California (1962) 57 cal.2d 287.

4         Objection. The interrogatory seeks premature disclosure of expert opinion in violation of

5   Code of Civil Procedure sections 2034.210, 2034.220, and 2034.270. The interrogatory also

6   seeks attorney work product in violation of Code of Civil Procedure sections 2018.020 and

7   2018.030. Responding Party has not decided on which, if any expert witnesses may be called at

8   trial; insofar as this interrogatory seeks to ascertain the identity, writings, and opinions of

9   responding party's experts who have been retained or utilized to date solely as an advisor or

10  consultant, it is violative of the work-product privilege. (See South Tahoe Public Utilities

11  District v. Superior Court (1979) 90 Cal.App.3d 135; Sheets v. Superior Court (1967) 257

12  Cal.App.2d 1; and Sanders v. Superior Court (1973) 34 Cal.App.3d 270.)

13        Without waiving said objections, Responding Party responds as follows:

14        Neck pain, low back pain. bilateral shoulder pain and suprascapular neuralgia,

15  radiculopathy, upper arm contusion, lower leg contusion, and any other diagnoses attributed to

16  the incident by Responding Party's treating doctors as listed in the medical records.

17        As discovery, investigation and research are incomplete, responding party reserves the

18  right to supplement and/or amend this response, and to disclose further information and/or

19  documents supportive of responding party's contentions herein, and in so doing, intend to rely on

20  any and all additional information obtained, up to and including the time of trial, which would

21  substantiate, or have a tendency to substantiate, any such additional information or

22  documentation.

23  **FORM INTERROGATORY NO. 6.3:**

24  Do you still have any complaints that you attribute to the INCIDENT? If so, for each complaint

25  state:

26  (a) a description;

27  (b) whether the complaint is subsiding, remaining the same, or becoming worse; and

28

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM
INTERROGATORIES, SET ONE**

1    (c) the frequency and duration.

2    **RESPONSE TO FORM INTERROGATORY NO. 6.3:**

3        Yes.

4        (a) Right Shoulder Pain;

5        (b) Every other day;

6        (c) Remaining the same.

7

8        (a) Neck Pain;

9        (b) Everyday;

10       (c) Remaining the same.

11

12       (a) Lower Back Pain;

13       (b) Everyday;

14       (c) Remaining the same.

15

16       (a) Left Knee Pain;

17       (b) Everyday;

18       (c) Remaining the same.

19

20       (a) Hand Pain;

21       (b)  Every other day;

22       (c) Remaining the same.

23       As discovery, investigation and research are incomplete, responding party reserves the

24   right to supplement and/or amend this response, and to disclose further information and/or

25   documents supportive of responding party's contentions herein, and in so doing, intend to rely on

26   any and all additional information obtained, up to and including the time of trial, which would

27   substantiate, or have a tendency to substantiate, any such additional information or

28

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

-10-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

documentation.

**FORM INTERROGATORY NO. 6.4:**

Did you receive any consultation or examination (except from expert witnesses covered by Code of Civil Procedure sections 2034.210-2034.310) or treatment from a HEALTH CARE PROVIDER for any injury you attribute to the INCIDENT? If so, for each HEALTH CARE PROVIDER state:

(a) the name, ADDRESS, and telephone number;

(b) the type of consultation, examination, or treatment provided;

(c) the dates you received consultation, examination, or treatment; and

(d) the charges to date.

**RESPONSE TO FORM INTERROGATORY NO. 6.4:**

Objection. The interrogatory would necessitate the preparation of a compilation, abstract, audit or summary from documents in responding party's possession; because such preparation would be similarly burdensome and/or expensive to both the propounding and responding parties, Responding Party herewith offers to permit review of the requested documents from which propounding party can audit, inspect, copy or summarize. Responding party will make said documents available for review upon reasonable request. (Code of Civ. Proc. 2030.230; and Brotsky v. State Bar of California (1962) 57 cal.2d 287.

Without waiving said objections, Responding Party responds as follows:

Yes.

(a) Foothill Regional Medical-14662 Newport Ave., Tustin, CA 927806;

(b) Surgical Facility;

(c) 3/14/23, 2/8/24;

(d) $96,556.04.


(a) Heights Surgical Institute-455 Old Newport Blvd. #100, Newport Beach, CA 92663;

(b) Surgical Facility;

-11-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1    (c) 9/18/2023;

2    (d) $55,000.00.

3

4    (a) Herrera Chiropractor-416 North H Street, Unit 1, San Bernardino, CA 92410;

5    (b) Chiropractor;

6    (c) 7/29/22-9/28/22;

7    (d) $3,077.00.

8

9    (a) Inland Empire Extra Care-10841 White Oak Ave. Ste 107, Rancho Cucamonga, CA

10   91730;

11   (b) Urgent Care;

12   (c) 9/12/2023;

13   (d) $495.00.

14

15   (a)  Kaiser Urgent Care-9961 Sierra Ave., Fontana, CA 92335;

16   (b) Hospital;

17   (c) 7/24/2022;

18   (d) $220.00.

19

20   (a) MIS Solutions-4275 Executive Square Dr., Suite 200, La Jolla, CA 92037;

21   (b) Intraoperative Monitoring;

22   (c) 2/8/24;

23   (d) $36,063.00

24

25   (a) Newport Care-441 Old Newport Blvd., Ste 201, Newport Beach, CA 92663;

26   (b) Pain Management;

27   (c) 9/13/22-3/4/2024;

28

-12-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1 (d) $163,752.90.

2

3 (a) Orange Coast Anesthesia-14662 Newport Ave., Tustin CA 92780;

4 (b) Anesthesia;

5 (c) 2/8/2024;

6 (d) $18,511.65.

7

8 (a) Plus Imaging-8351 Rochester Ave., Ste 106, Rancho Cucamonga, CA 91730;

9 (b) Imaging;

10 (c) 8/23/22-12/28/23;

11 (d) $13,200.00

12

13 (a) Precise Imaging-5101 Santa Monica Blvd. Ste 8 PMB 54, Los Angeles, CA 90029;

14 (b) Imaging;

15 (c) 9/1/23-1/15/2024;

16 (d) $600.00

17

18 (a) Sonoran Anesthesia-441 Old Newport Blvd., Ste 201, Newport Beach, CA 92663;

19 (b) Anesthesia;

20 (c) 9/18/2023;

21 (d) $7,410.00

22

23 (a) West Star PT-1255 E. Highland Ave., Ste 108, San Bernardino, CA 92404;

24 (b) Physical Therapy;

25 (c) 11/7/22-12/14/22;

26 (d) $4,818.00.

27 As discovery, investigation and research are incomplete, responding party reserves the

28

-13-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1 right to supplement and/or amend this response, and to disclose further information and/or

2 documents supportive of responding party's contentions herein, and in so doing, intend to rely on

3 any and all additional information obtained, up to and including the time of trial, which would

4 substantiate, or have a tendency to substantiate, any such additional information or

5 documentation.

6 **FORM INTERROGATORY NO. 6.5:**

7 Have you taken any medication, prescribed or not, as a result of injuries that you attribute to the

8 INCIDENT? If so, for each medication state:

9 (a) the name;

10 (b) the PERSON who prescribed or furnished it;

11 (c) the date it was prescribed or furnished;

12 (d) the dates you began and stopped taking it; and

13 (e) the cost to date.

14 **RESPONSE TO FORM INTERROGATORY NO. 6.5:**

15      Objection. The interrogatory would necessitate the preparation of a compilation, abstract,

16 audit or summary from documents in responding party's possession; because such preparation

17 would be similarly burdensome and/or expensive to both the propounding and responding

18 parties, Responding Party herewith offers to permit review of the requested documents from

19 which propounding party can audit, inspect, copy or summarize. Responding party will make

20 said documents available for review upon reasonable request. (Code of Civ. Proc. 2030.230; and

21 Brotsky v. State Bar of California (1962) 57 cal.2d 287.

22      Without waiving said objections, Responding Party responds as follows:

23      Yes. Pursuant to California Code of Civil Procedure 2030.230, Responding Party elects

24 to have the propounding party inspect the original records of healthcare providers identified in

25 response to Form Interrogatory No. 6.4(a), and for which records are served concurrently

26 herewith and which records can be obtained by contacting said healthcare providers custodian of

27 records.

28

-14-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1    As discovery, investigation and research are incomplete, responding party reserves the

2  right to supplement and/or amend this response, and to disclose further information and/or

3  documents supportive of responding party's contentions herein, and in so doing, intend to rely on

4  any and all additional information obtained, up to and including the time of trial, which would

5  substantiate, or have a tendency to substantiate, any such additional information or

6  documentation.

7  **FORM INTERROGATORY NO. 6.6:**

8  Are there any other medical services necessitated by the injuries that you attribute to the

9  INCIDENT that were not previously listed (for example, ambulance, nursing, prosthetics)? If so,

10  for each service state:

11  (a) the nature;

12  (b) the date;

13  (c) the cost; and

14  (d) the name, ADDRESS, and telephone number of each provider.

15  **RESPONSE TO FORM INTERROGATORY NO. 6.6:**

16    To the best of Responding Party 's recollection, none other than the services detailed in

17  the original records of the providers identified in response to Form Interrogatory No. 6.4(a).

18    As discovery, investigation and research are incomplete, responding party reserves the

19  right to supplement and/or amend this response, and to disclose further information and/or

20  documents supportive of responding party's contentions herein, and in so doing, intend to rely on

21  any and all additional information obtained, up to and including the time of trial, which would

22  substantiate, or have a tendency to substantiate, any such additional information or

23  documentation.

24  **FORM INTERROGATORY NO. 6.7:**

25  Has any HEALTH CARE PROVIDER advised that you may require future or additional

26  treatment for any injuries that you attribute to the INCIDENT? If so, for each injury state:

27  (a) the name and ADDRESS of each HEALTH CARE PROVIDER;

28

-15-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1  (b) the complaints for which the treatment was advised; and

2  (c) the nature, duration, and estimated cost of the treatment.

3  **RESPONSE TO FORM INTERROGATORY NO. 6.7:**

4        Objection. The interrogatory seeks premature disclosure of expert opinion in violation of

5  Code of Civil Procedure sections 2034.210, 2034.220, and 2034.270. The interrogatory also

6  seeks attorney work product in violation of Code of Civil Procedure sections 2018.020 and

7  2018.030. Responding Party has not decided on which, if any expert witnesses may be called at

8  trial; insofar as this interrogatory seeks to ascertain the identity, writings, and opinions of

9  responding party's experts who have been retained or utilized to date solely as an advisor or

10  consultant, it is violative of the work-product privilege. (See South Tahoe Public Utilities

11  District v. Superior Court (1979) 90 Cal.App.3d 135; Sheets v. Superior Court (1967) 257

12  Cal.App.2d 1; and Sanders v. Superior Court (1973) 34 Cal.App.3d 270.)

13        Subject to and without waiving the foregoing objections, Responding Party responds as

14  follows:

15        It is currently unknown to Responding Party as to the full extent of the future medical

16  care that she may need. Responding Party continues to experience pain with associated

17  limitations. Ms. Coombs underwent conservative treatment consisting of physical therapy and

18  epidural steroid injections at Newport Care to help alleviate her pain. Ms. Coombs was then

19  referred to undergo right shoulder long head biceps tenodesis, arthroscopic distal clavicle

20  excision and subacromial decompression on September 18, 2023, at Height Surgical Institute.

21  Ms. Coombs was then referred to Foothill Regional Medical Center where she had an Anterior

22  Cervical Discectomy and Fusion on February 8, 2024. Responding Party continues to utilize

23  medications including OTCs, NSAID, Tylenol, muscle relaxers and neuropathic medications to

24  mitigate her pain.

25        Responding Party continues to observe her pain and symptoms and will seek treatment as

26  needed and follow the recommendations of her treating physicians. A full assessment of the

27  future medical care needs over Responding Party's lifetime as a result of the subject incident

28

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM
INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1   requires input from medical doctors and expert witnesses.

2        As discovery, investigation and research are incomplete, responding party reserves the

3   right to supplement and/or amend this response, and to disclose further information and/or

4   documents supportive of responding party's contentions herein, and in so doing, intend to rely on

5   any and all additional information obtained, up to and including the time of trial, which would

6   substantiate, or have a tendency to substantiate, any such additional information or

7   documentation.

8   **FORM INTERROGATORY NO. 7.1:**

9   Do you attribute any loss of or damage to a vehicle or other property to the INCIDENT? If so,

10  for each item of property:

11  (a) describe the property;

12  (b) describe the nature and location of the damage to the property;

13  (c) state the amount of damage you are claiming for each item of property and how the amount

14  was calculated; and

15  (d) if the property was sold, state the name, ADDRESS, and telephone number of the seller, the

16  date of sale, and the sale price.

17  **RESPONSE TO FORM INTERROGATORY NO. 7.1:**

18       Not Applicable.

19  **FORM INTERROGATORY NO. 7.2:**

20  Has a written estimate or evaluation been made for any item of property referred to in your

21  answer to the preceding interrogatory? If so, for each estimate or evaluation state:

22  (a) the name, ADDRESS, and telephone number of the PERSON who prepared it and the date

23  prepared;

24  (b) the name, ADDRESS, and telephone number of each PERSON who has a copy of it; and

25  (c) the amount of damage stated.

26  **RESPONSE TO FORM INTERROGATORY NO. 7.2:**

27       Not Applicable.

28

-17-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM
INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1  **FORM INTERROGATORY NO. 7.3:**

2  Has any item of property referred to in your answer to interrogatory 7.1 been repaired? If so, for

3  each item state:

4  (a) the date repaired;

5  (b) a description of the repair;

6  (c) the repair cost;

7  (d) the name, ADDRESS, and telephone number of the PERSON who repaired it;

8  (e) the name, ADDRESS, and telephone number of the PERSON who paid for the repair.

9  **RESPONSE TO FORM INTERROGATORY NO. 7.3:**

10      Not Applicable.

11  **FORM INTERROGATORY NO. 8.1:**

12  Do you attribute any loss of income or earning capacity to the INCIDENT? (If your answer is

13  "no", do not answer interrogatories 8.2 through 8.8).

14  **RESPONSE TO FORM INTERROGATORY NO. 8.1:**

15      No.

16  **FORM INTERROGATORY NO. 8.2:**

17  State:

18  (a) the nature of your work;

19  (b) your job title at the time of the INCIDENT; and

20  (c) the date your employment began.

21  **RESPONSE TO FORM INTERROGATORY NO. 8.2:**

22      Not applicable.

23  **FORM INTERROGATORY NO. 8.3:**

24  State the last date before the INCIDENT that you worked for compensation.

25  **RESPONSE TO FORM INTERROGATORY NO. 8.3:**

26      Not applicable.

27  ///

28

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1

**FORM INTERROGATORY NO. 8.4:**

2

State your monthly income at the time of the INCIDENT and how the amount was calculated.

3

**RESPONSE TO FORM INTERROGATORY NO. 8.4:**

4

  Not applicable.

5

**FORM INTERROGATORY NO. 8.5:**

6

State the date you returned to work at each place of employment following the INCIDENT.

7

**RESPONSE TO FORM INTERROGATORY NO. 8.5:**

8

  Not applicable.

9

**FORM INTERROGATORY NO. 8.6:**

10

State the dates you did not work and for which you lost income as a result of the INCIDENT.

11

**RESPONSE TO FORM INTERROGATORY NO. 8.6:**

12

  Not applicable.

13

**FORM INTERROGATORY NO. 8.7:**

14

State the total income you have lost to date as a result of the INCIDENT and how the amount

15

was calculated.

16

**RESPONSE TO FORM INTERROGATORY NO. 8.7:**

17

  Not applicable.

18

**FORM INTERROGATORY NO. 8.8:**

19

Will you lose income in the future as a result of the INCIDENT? If so, state:

20

(a) the facts upon which you base this contention;

21

(b) an estimate of the amount;

22

(c) an estimate of how long you will be unable to work; and

23

(d) how the claim for future income is calculated.

24

**RESPONSE TO FORM INTERROGATORY NO. 8.8:**

25

  Objection. This request is premature as Plaintiff has not yet had the opportunity to

26

complete necessary depositions and has not received responses to written discovery from

27

Defendant. Discovery and investigation are ongoing and Plaintiff expressly reserves the right to

28

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1   supplement this response.

2       Objection. The interrogatory seeks premature disclosure of expert opinion in violation of

3   Code of Civil Procedure sections 2034.210, 2034.220, and 2034.270. The interrogatory also

4   seeks attorney work product in violation of Code of Civil Procedure sections 2018.020 and

5   2018.030. Responding Party has not decided on which, if any expert witnesses may be called at

6   trial; insofar as this interrogatory seeks to ascertain the identity, writings, and opinions of

7   responding party's experts who have been retained or utilized to date solely as an advisor or

8   consultant, it is violative of the work-product privilege. (See South Tahoe Public Utilities

9   District v. Superior Court (1979) 90 Cal.App.3d 135; Sheets v. Superior Court (1967) 257

10  Cal.App.2d 1; and Sanders v. Superior Court (1973) 34 Cal.App.3d 270.) Subject to and without

11  waiving the foregoing objections, Plaintiff responds as follows:

12      It is currently unknown to Responding Party as to the amount of income she will lose in

13  the future, which requires an analysis of future medical care needs, future earning capacity and

14  expected compensation increases over time, and changes to work life expectancy as a result of

15  Responding Party's injuries and future medical care needs.

16      As discovery, investigation and research are incomplete, responding party reserves the

17  right to supplement and/or amend this response, and to disclose further information and/or

18  documents supportive of responding party's contentions herein, and in so doing, intend to rely on

19  any and all additional information obtained, up to and including the time of trial, which would

20  substantiate, or have a tendency to substantiate, any such additional information or

21  documentation.

22  **FORM INTERROGATORY NO. 9.1:**

23  Are there any other damages that you attribute to the INCIDENT? If so, for each item of damage

24  state:

25  (a) the nature;

26  (b) the date it occurred;

27  (c) the amount; and

28

-20-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

(d) the name, ADDRESS, and telephone number of each PERSON to whom an obligation was incurred.

**RESPONSE TO FORM INTERROGATORY NO. 9.1:**

Plaintiff objects to this interrogatory to the extent that it seeks information that is the subject of expert opinion evidence on the grounds that the Interrogatory is premature. Without waiving the foregoing and subject thereto, Responding Party responds as follows:

Yes, general damages, including, but not limited to, past and future physical pain, mental suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety, humiliation, and emotional distress, all pursuant to CACI 3905A, in an amount according to proof at the time of trial.

As discovery, investigation and research are incomplete, responding party reserves the right to supplement and/or amend this response, and to disclose further information and/or documents supportive of responding party's contentions herein, and in so doing, intend to rely on any and all additional information obtained, up to and including the time of trial, which would substantiate, or have a tendency to substantiate, any such additional information or documentation.

**FORM INTERROGATORY NO. 9.2:**

Do any DOCUMENTS support the existence or amount of any item of damages claimed in interrogatory 9.1? If so, describe each document and state the name, ADDRESS, and telephone number of the PERSON who has each DOCUMENT.

**RESPONSE TO FORM INTERROGATORY NO. 9.2:**

Objection. Plaintiff objects to this Request to the extent that it seeks information that is the subject of expert opinion evidence on the grounds that the Interrogatory is premature and/or calls for attorney work product and or information protected by the attorney-client privilege.

Objection. This interrogatory is premature as Plaintiff has not had the opportunity to take any depositions and has not received responses to his initial discovery from any Defendant. Without waiving the foregoing and subject thereto, Responding Party responds as follows:

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1    Yes. All of the medical records, reports and other documents produced in response to

2  requests for production of documents.

3    As discovery, investigation and research are incomplete, responding party reserves the

4  right to supplement and/or amend this response, and to disclose further information and/or

5  documents supportive of responding party's contentions herein, and in so doing, intend to rely on

6  any and all additional information obtained, up to and including the time of trial, which would

7  substantiate, or have a tendency to substantiate, any such additional information or

8  documentation.

9  **FORM INTERROGATORY NO. 10.1:**

10  At any time before the INCIDENT did you have complaints or injuries that involved the same

11  part of your body claimed to have been injured in the INCIDENT? If so, for each state:

12  (a) a description of the complaint or injury;

13  (b) the dates it began and ended; and

14  (c) the name, ADDRESS, and telephone number of each HEALTH CARE PROVIDER whom

15  you consulted or who examined or treated you.

16  **RESPONSE TO FORM INTERROGATORY NO. 10.1:**

17    No.

18    As discovery, investigation and research are incomplete, responding party reserves the

19  right to supplement and/or amend this response, and to disclose further information and/or

20  documents supportive of responding party's contentions herein, and in so doing, intend to rely on

21  any and all additional information obtained, up to and including the time of trial, which would

22  substantiate, or have a tendency to substantiate, any such additional information or

23  documentation.

24  **FORM INTERROGATORY NO. 10.2:**

25  List all physical, mental, and emotional disabilities you had immediately before the INCIDENT.

26  (You may omit mental or emotional disabilities unless you attribute any mental or emotional

27  injury to the INCIDENT.)

28

-22-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

**RESPONSE TO FORM INTERROGATORY NO. 10.2:**

Objection. This interrogatory is vague and ambiguous. Objection. This interrogatory calls for premature disclosure of experts and/or expert opinion.

Subject to and without waiving the foregoing objections, Responding Party responds as follows:

None.

**FORM INTERROGATORY NO. 10.3:**

At any time after the INCIDENT, did you sustain injuries of the kind for which you are now claiming damages? If so, for each incident giving rise to an injury state:

(a) the date and the place it occurred;

(b) the name, ADDRESS, and telephone number of any other PERSON involved;

(c) the nature of any injuries you sustained;

(d) the name, ADDRESS, and telephone number of each HEALTH CARE PROVIDER who you consulted or who examined or treated you; and

(e) the nature of the treatment and its duration.

**RESPONSE TO FORM INTERROGATORY NO. 10.3:**

No.

As discovery, investigation and research are incomplete, responding party reserves the right to supplement and/or amend this response, and to disclose further information and/or documents supportive of responding party's contentions herein, and in so doing, intend to rely on any and all additional information obtained, up to and including the time of trial, which would substantiate, or have a tendency to substantiate, any such additional information or documentation.

**FORM INTERROGATORY NO. 11.1:**

Except for this action, in the past 10 years have you filed an action or made a written claim or demand for compensation for your personal injuries? If so, for each action, claim, or demand state:

-23-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

(a) the date, time, and place and location (closest street ADDRESS or intersection) of the INCIDENT giving rise to the action, claim, or demand;

(b) the name, ADDRESS, and telephone number of each PERSON against whom the claim or demand was made or the action filed;

(c) the court, names of the parties, and case number of any action filed;

(d) the name, ADDRESS, and telephone number of any attorney representing you;

(e) whether the claim or action has been resolved or is pending; and

(f) a description of the injury.

**RESPONSE TO FORM INTERROGATORY NO. 11.1:**

No.

**FORM INTERROGATORY NO. 11.2:**

In the past 10 years have you made a written claim or demand for workers' compensation benefits? If so, for each claim or demand state:

(a) the date, time, and place of the INCIDENT giving rise to the claim;

(b) the name, ADDRESS, and telephone number of your employer at the time of the injury;

(c) the name, ADDRESS, and telephone number of the workers compensation insurer and the claim number;

(d) the period of time during which you received workers compensation benefits;

(e) a description of the injury;

(f) the name, ADDRESS, and telephone number of any HEALTH CARE PROVIDER who provided services; and

(g) the case number at the Workers' Compensation Appeals Board.

**RESPONSE TO FORM INTERROGATORY NO. 11.2:**

No.

**FORM INTERROGATORY NO. 12.1:**

State the name, ADDRESS, and telephone number of each individual:

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

-24-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1  (a) who witnessed the INCIDENT or the events occurring immediately before or after the

2  INCIDENT;

3  (b) who made any statement at the scene of the INCIDENT;

4  (c) who heard any statements made about the INCIDENT by any individual at the scene; and

5  (d) who YOU OR ANYONE ACTING ON YOUR BEHALF claim has knowledge of the

6  INCIDENT (except for expert witnesses covered by Code of Civil Procedure section 2034).

7  **RESPONSE TO FORM INTERROGATORY NO. 12.1:**

8       (a-d) Responding Party Karen Coombs, who can be reached through counsel; Responding

9  Party's daughter Crystal Borges (626) 826-3804, 551 West Union Street, San Bernardino, CA

10  92410; Responding Party's sister Catherine Bolman, 1783 West Gilbert 3, San Bernardino, CA

11  92411; Sam's Club employees, contact information unknown to Responding Party; and

12  Responding Party's treating physicians listed in Form Interrogatory 6.4(a).

13       As discovery, investigation and research are incomplete, responding party reserves the

14  right to supplement and/or amend this response, and to disclose further information and/or

15  documents supportive of responding party's contentions herein, and in so doing, intend to rely on

16  any and all additional information obtained, up to and including the time of trial, which would

17  substantiate, or have a tendency to substantiate, any such additional information or

18  documentation.

19  **FORM INTERROGATORY NO. 12.2:**

20  Have YOU OR ANYONE ACTING ON YOUR BEHALF interviewed any individual

21  concerning the INCIDENT? If so, for each individual state:

22  (a) the name, ADDRESS, and telephone number of the individual interviewed;

23  (b) the date of the interview; and

24  (c) the name, ADDRESS, and telephone number of the PERSON who conducted the interview.

25  **RESPONSE TO FORM INTERROGATORY NO. 12.2:**

26       Objection. An investigation has been under taken on behalf of Responding Party;

27  however, the nature and scope of this investigation and the attendant work product, the identity

28

-25-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM
INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

of any of my attorney's agent(s) (prior to, if applicable, designation as an expert witness pursuant to Code of Civil Procedure section 2034) and the identity of any individual(s) who may or may not have been contacted by my attorneys or their agents is protected by privacy, attorney work-product and attorney-client privileges as embodied in Article I, Section 1 of the California Constitution, Code of Civil Procedure section 2018, Evidence Code section 950, et seq., and case law including Soltani-Rastegar v. Superior Court, 208 Cal.App.3d 424 (1989). Any requested statements were obtained by counsel and or her investigator and tend to reveal counsel's evaluation of the case. Such request violates the attorney work-product protection as set forth in Nacht &amp; Lewis Architects, Inc. v. Superior Court of [McCormick}, 47 Cal.App4th 214 (1996). The court's holding in Nacht &amp; Lewis Architects, Inc., the requested information is protected and undiscoverable.

Subject to and without waiving the foregoing objections, responding party answers as follows:

No.

As discovery, investigation and research are incomplete, responding party reserves the right to supplement and/or amend this response, and to disclose further information and/or documents supportive of responding party's contentions herein, and in so doing, intend to rely on any and all additional information obtained, up to and including the time of trial, which would substantiate, or have a tendency to substantiate, any such additional information or documentation.

**FORM INTERROGATORY NO. 12.3:**

Have YOU OR ANYONE ACTING ON YOUR BEHALF obtained a written or recorded statement from any individual concerning the INCIDENT? If so, for each statement state:

(a) the name, ADDRESS, and telephone number of the individual from whom the statement was obtained;

(b) the name, ADDRESS, and telephone number of the individual who obtained the statement;

(c) the date the statement was obtained; and

-26-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1  (d) the name, ADDRESS, and telephone number of each PERSON who has the original

2  statement or a copy.

3  **RESPONSE TO FORM INTERROGATORY NO. 12.3:**

4       Objection. This interrogatory is vague, ambiguous, and overbroad.

5       Subject to and without waiving the foregoing objections, Responding Party responds as

6  follows:

7       No.

8       As discovery, investigation and research are incomplete, responding party reserves the

9  right to supplement and/or amend this response, and to disclose further information and/or

10 documents supportive of responding party's contentions herein, and in so doing, intend to rely on

11 any and all additional information obtained, up to and including the time of trial, which would

12 substantiate, or have a tendency to substantiate, any such additional information or

13 documentation.

14 **FORM INTERROGATORY NO. 12.4:**

15 Do YOU OR ANYONE ACTING ON YOUR BEHALF know of any photographs, films, or

16 videotapes depicting any place, object, or individual concerning the INCIDENT or plaintiff's

17 injuries? If so, state:

18 (a) the number of photographs or feet of film or videotape;

19 (b) the places, objects, or persons photographed, filmed, or videotaped;

20 (c) the date the photographs, films, or videotapes were taken;

21 (d) the name, ADDRESS, and telephone number of the individual taking the photographs, films,

22 or videotapes; and

23 (e) the name, ADDRESS, and telephone number of each PERSON who has the original or a

24 copy of the photographs, films, or videotapes.

25 **RESPONSE TO FORM INTERROGATORY NO. 12.4:**

26      (a) One (1) photograph;

27      (b) Wet Floor Picture;

28

-27-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1    (c) Approx. 7/2022;

2    (d) Responding Party, who can be reached through counsel;

3    (e) Responding Party who can be reached through counsel; Responding

4    Party's counsel; a copy is also being produced herewith.

5

6    (a) One (1) photograph;

7    (b) Injury Picture;

8    (c) Approx. 7/2022;

9    (d) Responding Party, who can be reached through counsel;

10    (e) Responding Party who can be reached through counsel; Responding

11    Party's counsel; a copy is also being produced herewith.

12

13    (a) One (1) photograph;

14    (b) Clothing Picture;

15    (c) Approx. 7/2022;

16    (d) Responding Party, who can be reached through counsel;

17    (e) Responding Party who can be reached through counsel; Responding

18    Party's counsel; a copy is also being produced herewith.

19

20    (a) Two (2) photographs;

21    (b) Shoes Pictures;

22    (c) Approx. 7/2022;

23    (d) Responding Party, who can be reached through counsel;

24    (e) Responding Party who can be reached through counsel; Responding

25    Party's counsel; a copy is also being produced herewith.

26    As discovery, investigation and research are incomplete, responding party reserves the

27    right to supplement and/or amend this response, and to disclose further information and/or

28

-28-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

1  documents supportive of responding party's contentions herein, and in so doing, intend to rely on

2  any and all additional information obtained, up to and including the time of trial, which would

3  substantiate, or have a tendency to substantiate, any such additional information or

4  documentation.

5  **FORM INTERROGATORY NO. 12.5:**

6  Do YOU OR ANYONE ACTING ON YOUR BEHALF know of any diagram, reproduction, or

7  model of any place or thing (except for items developed by expert witnesses covered by Code of

8  Civil Procedure sections 2034.210-2034.310) concerning the INCIDENT? If so, for each item

9  state:

10  (a) the type (i.e., diagram, reproduction, or model);

11  (b) the subject matter; and

12  (c) the name, ADDRESS, and telephone number of each PERSON who has it.

13  **RESPONSE TO FORM INTERROGATORY NO. 12.5:**

14      Objection. This interrogatory is vague, ambiguous, and overbroad.

15      Subject to and without waiving the foregoing objections, Responding Party responds as

16  follows:

17      No.

18      As discovery, investigation and research are incomplete, responding party reserves the

19  right to supplement and/or amend this response, and to disclose further information and/or

20  documents supportive of responding party's contentions herein, and in so doing, intend to rely on

21  any and all additional information obtained, up to and including the time of trial, which would

22  substantiate, or have a tendency to substantiate, any such additional information or

23  documentation.

24  **FORM INTERROGATORY NO. 12.6:**

25  Was a report made by any PERSON concerning the INCIDENT? If so, state:

26  (a) the name, title, identification number, and employer of the PERSON who made the report;

27  (b) the date and type of report made;

28

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

-29-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1   (c) the name, ADDRESS, and telephone number of the PERSON for whom the report was made;

2   and

3   (d) the name, ADDRESS, and telephone number of each PERSON who has the original or a

4   copy of the report.

5   **RESPONSE TO FORM INTERROGATORY NO. 12.6:**

6       Objection. This interrogatory is vague, ambiguous, and overbroad.

7       Subject to and without waiving the foregoing objections, Responding Party responds as

8   follows:

9       No.

10      As discovery, investigation and research are incomplete, responding party reserves the

11  right to supplement and/or amend this response, and to disclose further information and/or

12  documents supportive of responding party's contentions herein, and in so doing, intend to rely on

13  any and all additional information obtained, up to and including the time of trial, which would

14  substantiate, or have a tendency to substantiate, any such additional information or

15  documentation.

16  **FORM INTERROGATORY NO. 12.7:**

17  Have YOU OR ANYONE ACTING ON YOUR BEHALF inspected the scene of the

18  INCIDENT? If so, for each inspection state:

19  (a) the name, ADDRESS, and telephone number of the individual making the inspection (except

20  for expert witnesses covered by Code of Civil Procedure sections 2034.210-2034.310); and

21  (b) the date of the inspection.

22  **RESPONSE TO FORM INTERROGATORY NO. 12.7:**

23      No.

24      As discovery, investigation and research are incomplete, responding party reserves the

25  right to supplement and/or amend this response, and to disclose further information and/or

26  documents supportive of responding party's contentions herein, and in so doing, intend to rely on

27

28

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM
INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1  any and all additional information obtained, up to and including the time of trial, which would

2  substantiate, or have a tendency to substantiate, any such additional information or

3  documentation.

4  **FORM INTERROGATORY NO. 13.1:**

5  Have YOU OR ANYONE ACTING ON YOUR BEHALF conducted surveillance of any

6  individual involved in the INCIDENT or any party to this action? If so, for each surveillance

7  state:

8  (a) the name, ADDRESS, and telephone number of the individual or party;

9  (b) the time, date, and place of the surveillance;

10  (c) the name, ADDRESS, and telephone number of the individual who conducted the

11  surveillance; and

12  (d) the name, ADDRESS, and telephone number of each PERSON who has the original or a

13  copy of any surveillance photograph, film, or videotape.

14  **RESPONSE TO FORM INTERROGATORY NO. 13.1:**

15      No.

16  **FORM INTERROGATORY NO. 13.2:**

17  Has a written report been prepared on the surveillance? If so, for each written report state:

18  (a) the title;

19  (b) the date;

20  (c) the name, ADDRESS, and telephone number of the individual who prepared the report; and

21  (d) the name, ADDRESS, and telephone number of each PERSON who has the original or a

22  copy.

23  **RESPONSE TO FORM INTERROGATORY NO. 13.2:**

24      Not Applicable.

25  **FORM INTERROGATORY NO. 14.1:**

26  Do YOU OR ANYONE ACTING ON YOUR BEHALF contend that any PERSON involved in

27  the INCIDENT violated any statute, ordinance, or regulation and that the violation was a legal

28

-31-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1  (proximate) cause of the INCIDENT? If so, identify the name, ADDRESS, and telephone

2  number of each PERSON and the statute, ordinance, or regulation that was violated.

3  **RESPONSE TO FORM INTERROGATORY NO. 14.1:**

4      Objection. This interrogatory is premature as Plaintiff has not yet had the opportunity to

5  complete necessary depositions and has not received responses to written discovery from

6  Defendant. Discovery and investigation are ongoing and Plaintiff expressly reserves the right to

7  supplement this response. Subject to and without waiving the foregoing objections, responding

8  party answers as follows:

9      Not at this time.

10      As discovery, investigation and research are incomplete, responding party reserves the

11  right to supplement and/or amend this response, and to disclose further information and/or

12  documents supportive of responding party's contentions herein, and in so doing, intend to rely on

13  any and all additional information obtained, up to and including the time of trial, which would

14  substantiate, or have a tendency to substantiate, any such additional information or

15  documentation.

16  **FORM INTERROGATORY NO. 14.2:**

17  Was any PERSON cited or charged with a violation of any statute, ordinance, or regulation as a

18  result of this INCIDENT? If so, for each PERSON state:

19  (a) the name, ADDRESS, and telephone number of the PERSON;

20  (b) the statute, ordinance, or regulation allegedly violated;

21  (c) whether the PERSON entered a plea in response to the citation or charge and, if so, the plea

22  entered; and

23  (d) the name and ADDRESS of the court or administrative agency, names of the parties, and case

24  number.

25  **RESPONSE TO FORM INTERROGATORY NO. 14.2:**

26      Objection. This interrogatory is premature as Responding Party has not yet had the

27  opportunity to complete necessary depositions and has not received responses to written

28

-32-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

1  discovery from Defendant. Discovery and investigation are ongoing and Responding Party

2  expressly reserves the right to supplement this response.

3       Subject to and without waiving the foregoing objections, responding party answers as

4  follows:

5       Responding Party is unaware if any person was cited or charged with a violation of any

6  statute, ordinance, or regulation as a result of the incident.

7       As discovery, investigation and research are incomplete, responding party reserves the

8  right to supplement and/or amend this response, and to disclose further information and/or

9  documents supportive of responding party's contentions herein, and in so doing, intend to rely on

10  any and all additional information obtained, up to and including the time of trial, which would

11  substantiate, or have a tendency to substantiate, any such additional information or

12  documentation.

13  **FORM INTERROGATORY NO. 17.1:**

14  Is your response to each request for admission served with these interrogatories an unqualified

15  admission? If not, for each response that is not an unqualified admission:

16  (a) state the number of the request;

17  (b) state all facts upon which you base your response;

18  (c) state the names, ADDRESSES, and telephone numbers of all PERSONS who have

19  knowledge of those facts; and

20  (d) identify all DOCUMENTS and other tangible things that support your response and state the

21  name, ADDRESS, and telephone number of the PERSON who has each DOCUMENT or thing.

22  **RESPONSE TO FORM INTERROGATORY NO. 17.1:**

23       Objection. This request is premature as Plaintiff has not yet had the opportunity to

24  complete necessary depositions and has not received responses to written discovery from

25  Defendant. Discovery and investigation are ongoing, and Plaintiff expressly reserves the right to

26  supplement this response.

27       Subject to and without waiving said objections, Responding Party responds as follows:

28

-33-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM
INTERROGATORIES, SET ONE**

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-____

1   (a) Request for Admission Nos. 1-20, 29-37;

2   (b) Defendant Sam's West negligently failed to keep the pathways of the subject premises

3 clear of hazards and negligently trained, hired, managed or supervised its employees leading to

4 the persistence of a wet substance on the floor of the premises which posed a danger to the

5 public, and caused Plaintiff to fall and sustain severe personal injuries;

6   (c) Responding Party identifies Responding Party, Responding Party's daughter Crystal

7 Borges (626) 826-3804, 551 West Union Street, San Bernardino, CA 92410; Responding Party's

8 sister Catherine Bolman, 1783 West Gilbert 3, San Bernardino, CA 92411, Sam's Club's

9 employees, telephone numbers and addresses unknown to Responding Party;

10   (d) Responding Party identifies all documents being produced herewith as Bate Numbers

11 000001-000157.

12

13   (a) Request for Admission Nos. 21, 22 and 23;

14   (b) Responding Party is not claiming loss of earnings;

15   (c) Responding Party is not claiming loss of earnings;

16   (d) Responding Party is not aware of any documents to identify.

17

18   (a) Request for Admission Nos. 24, 25, 26, 27, 38, 39;

19   (b) Responding Party sustained injuries as a result of this incident. Responding Party

20    underwent treatment with her treating physicians;

21   (c) Responding Party elects to have the propounding party inspect the original records of

22    healthcare providers identified in response to Form Interrogatory No. 6.4(a), and for

23    which records are served concurrently herewith and which records can be obtained by

24    contacting said healthcare providers custodian of records;

25   (d) Responding Party elects to have the propounding party inspect the original records of

26    healthcare providers identified in response to Form Interrogatory No. 6.4(a), and for

27    which records are served concurrently herewith and which records can be obtained by

28

-34-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM
INTERROGATORIES, SET ONE**

contacting said healthcare providers custodian of records.

Dated: November 4, 2024                          JACOBY & MEYERS ATTORNEYS LLP

_____

JAKE DOUGLASS, ESQ.
BARRY CROXEN, ESQ.
Attorneys for Plaintiff

JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

-35-

**PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE**

<div align="right" style="writing-mode: vertical-rl;">

**JACOBY & MEYERS ATTORNEYS LLP**
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024
Telephone: (310) 312-3300 Facsimile: (310) 715-

</div>

1  |  **PROOF OF SERVICE - 1013a, 2015.5, 2015 C.C.P.**

2  |  <u>**CASE NAME: KAREN COOMBS v. SAM'S WEST, INC, et al.**</u>
3  |  <u>**CASE NUMBER: CIVSB2422608**</u>

4  |  **State of California** )
   |  **County of Los Angeles** ) **ss:**

5
6  |  I am over the age of 18 years, am employed in the aforesaid county and am not a party to the action or proceeding, and my business address is 10900 Wilshire Boulevard, 15th Floor, Los Angeles, California 90024.

7
8  |  On November 4, 2024, I e-served: **PLAINTIFF'S RESPONSES TO DEFENDANT SAM WEST'S FORM INTERROGATORIES, SET ONE** on the interested parties in the action as follows:

9
10  |  Bron D'Angelo, Esq.
    |  Sean N. Costa, Esq.
11  |  **BURGER, MEYER & D'ANGELO, LLP**
    |  999 Corporate Drive, Suite 225
12  |  Ladera Ranch, CA 92694
    |  Telephone: (949) 427-1888
13  |  Email(s):  bdangelo@burgermeyer.com
    |  scosta@burgermeyer.com, nsebreros@burgermeyer.com
14  |  Attorneys for Defendant(s): SAM'S WEST, INC.

15  |  ✓  **BY EMAIL or ELECTRONIC TRANSMISSION.** Pursuant to C.R.C. 2.251(c)(3) and/or an agreement of the parties to accept service by e-mail or electronic
16  |  transmission in lieu of physical mail delivery, I caused the documents to be electronically sent to the persons at the e-mail addresses and/or facsimile numbers listed above. **The service of**
17  |  **documents by electronic means will have the same effect as service by overnight delivery, i.e., two (2) business days (see C.C.P. § 1010.6).** In each case, if the sender does not receive a
18  |  notification that the particular e-mail has failed to be delivered, and/or the sending party receives a confirmation that the facsimile transmission is successful, it shall be assumed that the e-service
19  |  has been successful and service is deemed complete upon sending by electronic means.  No physical copies will be served.

20
21  |  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

22  |  Executed on the above date, at Los Angeles, California

23  |  ___✓___  (State) I declare under penalty of perjury under the laws of the state of California that the
24  |  above is true and correct.

25  |  _____ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

26

27  |  
    |  Sandra Carr

28